**CITY OF KETCHIKAN, a municipal corporation, d/b/a Ketchikan Public Utilities, Plaintiff–Appellant,**

**v.**

**CAPE FOX CORPORATION, an Alaska corporation, Defendant–Appellee.**

No. 94–35316.

United States Court of Appeals,
Ninth Circuit.

Jan. 23, 1996.

### ORDER

Before WRIGHT, POOLE, and WIGGINS, Circuit Judges.

The opinion filed September 6, 1995 is withdrawn.